**Petition for Writ of Mandamus Denied and Memorandum Majority and Dissenting Opinions filed April 9, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00021-CV**

---

**IN RE MARY RUFFIN, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0091816**

---

## MEMORANDUM MAJORITY OPINION

On January 9, 2024, relator Mary Ruffin filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kerri Marlene Foley, presiding judge of the County Court at Law No. 2 of Galveston County, to vacate the trial court's December 27, 2023 order denying relator's motion to recuse.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson (Spain, J., dissenting).